

# Fifth Court of Appeals

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
05/21/2018 1:10:41 PM
LISA MATZ
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: _____

Trial Court No. & Style: _____

_____

I am the official reporter responsible for preparing the reporter's record in the above-referenced appeal.
The approximate date of trial was: _____ _____
The record was originally due: _____
I anticipate the length of the record to be: _____

I am unable to file the record by the date such record is due because [check one]:

☐　　the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐　　my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐　　Other.  Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: _____

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax or email to the parties to the judgment or order being appealed.

Date: _____ 　Signature: _/s/ Brooke Wagner_____

Printed
Name: __Brooke Wagner_____

Title: _Official Court Reporter - 187th Criminal District Court___

Tel:  830.305.2641　　　Brooke@CornerstoneCourtReporting.com

Rev. 1.8.14